UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                 Case No. 17-cr-118-pp

BERNARDO RUIZ-PEREZ,

    Defendant.

**ORDER REQUESTING DEFENDANT'S COUNSEL TO CONFER WITH THE DEFENDANT REGARDING APPELLATE RIGHTS, AND TO FILE A LETTER REGARDING DEFENDANT'S INTENT TO APPEAL**

    The court held a hearing on January 31, 2018, in order to sentence the defendant after his guilty plea on a charge of illegally re-entering the United States in violation of 8 U.S.C. §1326(a). At the sentencing hearing, the court neglected to explain to the defendant his appeal rights.

    Under Fed. R. Crim. P. §32(j)(1)(A), the defendant has a right to appeal the sentence imposed by the court. The court should have explained to the defendant that he had a small window of time to appeal the sentence—only fourteen days from the date the clerk enters the judgment on the docket. The court usually urges defendants to talk to their attorneys as soon as possible, so that the attorneys do not miss the opportunity to appeal if a defendant wishes to do so.

    The court **REQUESTS** that counsel for the defendant advise her client of his right to appeal the sentence imposed, and then file a letter with the court

confirming she discussed the defendant's appeal rights with him. The court further **REQUESTS** that counsel indicate, in writing, whether the defendant intends to file an appeal or would like the clerk to file a notice of appeal on his behalf.

Dated in Milwaukee, Wisconsin this 7th day of February, 2018.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**